1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Pete Santos Rios
6

7
                **UNITED STATES DISTRICT COURT**
8                **CENTRAL DISTRICT OF CALIFORNIA**
                    **WESTERN DIVISION**
9

10

11  PETE SANTOS RIOS,                    )  Case No.: 2:14-cv-03634-MRW
                                         )
12                                       )  ORDER OF  DISMISSAL
              Plaintiff,                 )
13                                       )
          vs.                            )
14  CAROLYN W. COLVIN, Acting            )
    Commissioner of Social Security,     )
15                                       )
                                         )
16            Defendant.                 )
                                         )
17  ─────────────────────────────────────)

18
          The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
          IT IS SO ORDERED.
21

22  DATE: March 5, 2015
                              _____
23                            THE HONORABLE MICHAEL R. WILNER
                              UNITED STATES MAGISTRATE JUDGE
24

25

26

                                      -1-

1

DATE: February 9, 2015        Respectfully submitted,

2
                              LAW OFFICES OF LAWRENCE D. ROHLFING

3
                                         /s/ *Steven G. Rosales*
                              BY:_____
4                                 Steven G. Rosales
                                  Attorney for plaintiff Pete Santos Rios

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:14-CV-03634-MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on February 9, 2015.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____

Steven G. Rosales
Attorneys for Plaintiff
_____